167 P.3d 356

# SUPREME COURT OF HAWAI'I

**July 26, 2007**

| 26311 | Jou v. Government Employees Ins. Co. | Affirmed |

**August 27, 2007**

| 26734 | Siquig v. Dellew Corp. | Affirmed |

**August 31, 2007**

| 27505 | Regan v. State | Dismissed |

**September 24, 2007**

| 27413 | Muasau v. State | Affirmed |